IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Bank of Hope, | No. 18-cv-02106 |
| Plaintiff, | **Commercial** |
| v. | |
| Z H Investments Inc., ZH Food, Inc., Chaudhry M. Iqbal, Bushra Naseer, MDDS Real Estate Inc., Central Market of Indiana Inc., | Property: 501 W. Fairchild St., Danville, IL 61832 |
| Defendant(s). | |

## COMPLAINT TO FORECLOSE
## MORTGAGE AND FOR OTHER RELIEF

**NOW COMES** the Plaintiff, Bank of Hope ("Plaintiff" or "Lender"), by and through its attorneys, Ashen│Faulkner, and for its Complaint to Foreclose Mortgage and for Other Relief ("Complaint") against Z H Investments Inc., ZH Food, Inc., Chaudhry M. Iqbal, Bushra Naseer, MDDS Real Estate Inc., Central Market of Indiana Inc., states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff is a California-state chartered banking association, the main office of which is in the State of California and organized under the laws of the State of California. On or about July 29, 2016, an Agreement of Bank Merger was executed, whereby BBCN Bank and Wilshire Bank merged to create Bank of Hope. True and correct copies of the bank succession documents are attached hereto as "**Exhibit A**."

2. Z H Investments Inc. (the "Mortgagor") is an Illinois Corporation, with its principal place of business in Danville, Illinois.

3. ZH Food, Inc. (together with Mortgagor, the "Borrower") is an Illinois Corporation, with its principal place of business in Danville, Illinois.

4. MDDS Real Estate Inc. is an Illinois Corporation, with its principal place of business in Lincolnwood, Illinois.

5. Central Market of Indiana Inc. is an Indiana Corporation, with its principal place of business in Lake Station, Indiana.

6. Chaudhry M. Iqbal is a citizen of the State of Illinois and was at all times referenced in this Complaint a resident of the State of Illinois.

7. Bushra Naseer is a citizen of the State of Illinois and was at all times referenced in this Complaint a resident of the State of Illinois.

8. Jurisdiction of this Court is based on diversity of citizenship. *See* 28 U.S.C. §1332. There is complete diversity and the matters in controversy exceeds $75,000.00, exclusive of interests and costs.

9. This Court has personal jurisdiction over each Defendant pursuant to 735 ILCS 5/2-209(a) and (b).

10. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**FACTUAL ALLEGATIONS REGARDING THE NOTE**

11. On March 30, 2016, Borrower executed that certain U.S. Small Business Administration Note ("Note") in favor of Plaintiff's predecessor, Wilshire Bank, in the original sum of $930,000.00. A true and correct copy of the Note is attached hereto as "**Exhibit B**."

12. As security for the Note, Mortgagor executed that certain Real Estate Mortgage and Assignment of Rents (collectively, the "Mortgage") dated March 30, 2016 on the property commonly known as 501 W. Fairchild St., Danville, IL 61832 (the "Property"). A true and correct copy of the Mortgage is attached hereto as "**Exhibit C**."

13. As further security for, and to induce Plaintiff to enter into the Note, MDDS Real Estate Inc., Central Market of Indiana Inc., Chaudhry M. Iqbal and Bushra Naseer (collectively, the "Guarantors") each executed an Unconditional Guarantee under which they guaranteed all sums due

under the Note.

## COUNT I: COMMERCIAL MORTGAGE FORECLOSURE

14. Plaintiff re-alleges and re-states paragraphs 1 through 13 of this Complaint as paragraph 14 of Count I.

15. Plaintiff files this Count I to foreclose the Mortgage that it holds on the Property and joins the following defendants: Z H Investments Inc., ZH Food, Inc., Chaudhry M. Iqbal, Bushra Naseer, MDDS Real Estate Inc., Central Market of Indiana Inc.

16. Information concerning Mortgage:

| | | |
|---|---|---|
| a. | Nature of instrument: | Mortgage |
| b. | Date of Mortgage: | March 30, 2016 |
| c. | Name of mortgagor(s): | Z H Investments Inc. |
| d. | Name of mortgagee: | Bank of Hope as successor to Wilshire Bank |
| e. | Date, place and Identification of recording | The Mortgage was recorded April 8, 2016 with the Vermilion County Recorder of Deeds as document number 16-02467. |
| f. | Interest subject to mortgage | 100% fee simple |
| g. | Amount of original indebtedness, including subsequent advances made under Mortgage: | $930,000.00 |
| h. | Both the legal description of mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty | Commonly Known As: 501 W. Fairchild St., Danville, IL 61832<br><br>Permanent Identification No.: 23-05-110-018<br><br>Legal Description: LOTS 70, 71, 74, 75, 76 AND 77 IN ISAAC PAYTON'S ADDITION TO DANVILLE IN VERMILION COUNTY, ILLINOIS |
| i. | Statements as to default: | Failure to make the August 1, 2017 payment and all subsequent payments due under the Note, and failure to maintain property taxes |

| | | |
|---|---|---|
| j. | Statement as to unpaid principal, interest, other charges and total accelerated amount | Amount past due as of April 4, 2018:<br><br>Principal          $894,019.67<br>Interest           $55,042.94<br>Late Charge        $5,259.22<br>SBA Recoupment Fee $8,940.20<br>Expenses           $2,500.00<br>Fee Balance        $62.80<br>**Total             $965,824.83** |
| k. | Per diem after default | **$159.21** |
| l. | Name of present owner of the real estate: | Z H Investments Inc. |
| m. | Names of defendants claimed to be personally liable for deficiency, if any: | Z H Investments Inc., ZH Food, Inc., Chaudhry M. Iqbal, Bushra Naseer, MDDS Real Estate Inc., Central Market of Indiana Inc. |
| n. | Names of other persons who are joined as defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated | Z H Investments Inc., ZH Food, Inc., Chaudhry M. Iqbal, Bushra Naseer, MDDS Real Estate Inc., Central Market of Indiana Inc. |
| o. | Capacity in which plaintiff brings this foreclosure | Plaintiff is the legal holder of the Note and Mortgage. |
| p. | Facts in support of request for attorneys' fees and of costs and expenses: | Pursuant to the Mortgage, Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in the Mortgage, including all reasonable attorneys' fees and costs. |
| q. | The names of defendants whose rights to possess the mortgaged real estate after the confirmation of a foreclosure sale is sought to be terminated: | Z H Investments Inc., ZH Food, Inc., Chaudhry M. Iqbal, Bushar Naseer, MDDS Real Estate Inc., Central Market of Indiana Inc. |
| r. | Facts in Support of a shortened or waived redemption: | The right of redemption was waived in the Assignment of Rents. |
| s. | Facts in Support of a shortened reinstatement period; or that the right of reinstatement was waived: | Plaintiff reserves its right pursuant to seek a shortened reinstatement. |

t.  Facts in support of a request for appointment of mortgagee in possession or appointment of a receiver: Plaintiff reserves its right pursuant to the Mortgage to be placed as a mortgagee in possession or have a receiver appointed later.

**WHEREFORE**, Plaintiff, Bank of Hope, requests this Court enter: (i) a judgment of foreclose and sale, (ii) a personal judgment for a deficiency, if sought, (iii) an order granting possession, if sought, (iv) a Judgment for attorneys' fees, costs and expenses, (v) an order granting a shortened redemption period, if sought, (vi) an order placing the Mortgagee in possession or appointing a receiver, if sought, and (vii) such other relief as this court may deem just and equitable.

## COUNT II: BREACH OF NOTE
(Borrower)

17. Plaintiff re-alleges and re-states paragraphs 1 through 13 of this Complaint as paragraph 17 of Count II.

18. Plaintiff is the holder and owner of the Note.

19. Plaintiff has performed all the obligations on its part to be performed under the Note.

20. The Note is in default, Borrower having failed to make the August 1, 2017 payment and all subsequent payments due under the Note.

21. Under the Note, there is due from Borrower as of April 4, 2018:

| | |
|---|---|
| Principal | $894,019.67 |
| Interest | $55,042.94 |
| Late Charge | $5,259.22 |
| SBA Recoupment Fee | $8,940.20 |
| Expenses | $2,500.00 |
| Fee Balance | $62.80 |
| **Total** | **$965,824.83** |

22. Interest continues to accrue after April 4, 2018 at the rate of $159.21 per day.

23. Plaintiff has demanded that Borrower fulfill its obligations under the Note; however, Borrower has refused and continues to refuse to fulfill its obligations under the Note.

24. The Note states that Borrower shall pay all court costs and attorneys' fees in the event of a default under the Note to Plaintiff in collecting the sums owed.

**WHEREFORE**, Plaintiff, Bank of Hope, requests this Court to enter Judgment in its favor and against Z H Investments Inc. and ZH Food, Inc. in the amount of **$965,824.83** plus costs, reasonable attorneys' fees and interest from April 4, 2018 through the date of Judgment, and to grant such further or other relief as this Court may deem just or equitable.

### COUNT III: BREACH OF GUARANTY
(MDDS Real Estate Inc.)

25. Plaintiff re-alleges and re-states paragraphs 17 through 24 of this Complaint as paragraph 25 of Count III.

26. As security for and to induce Plaintiff to enter into the Note, MDDS Real Estate Inc. (the "First Guarantor") executed an Unconditional Guarantee under which it guaranteed all sums due under the Note (the "First Guaranty"). A true and correct copy of the First Guaranty is attached hereto as "**Exhibit D**."

27. As a result of the default under the Note, First Guarantor is liable to Plaintiff for the following sums as of April 4, 2018:

| | |
|---|---|
| Principal | $894,019.67 |
| Interest | $55,042.94 |
| Late Charge | $5,259.22 |
| SBA Recoupment Fee | $8,940.20 |
| Expenses | $2,500.00 |
| Fee Balance | $62.80 |
| **Total** | **$965,824.83** |

28. Interest continues to accrue after April 4, 2018 at the rate of $159.21 per day

29. First Guarantor also remains liable for additional late charges, interest, attorneys' fees and costs incurred in enforcing the Note and First Guaranty.

**WHEREFORE**, Plaintiff, Bank of Hope, requests this Court to enter Judgment in its favor and against MDDS Real Estate Inc. in the amount of **$965,824.83** plus costs, reasonable attorneys' fees and interest from April 4, 2018 through the date of Judgment, and to grant such further or other relief as this Court may deem just or equitable.

### COUNT IV: BREACH OF GUARANTY
(Central Market of Indiana Inc.)

30. Plaintiff re-alleges and re-states paragraphs 17 through 24 of this Complaint as paragraph 30 of Count IV.

31. As security for and to induce Plaintiff to enter into the Note, Central Market of Indiana Inc. (the "Second Guarantor") executed an Unconditional Guarantee under which it guaranteed all sums due under the Note (the "Second Guaranty"). A true and correct copy of the Second Guaranty is attached hereto as "**Exhibit E**."

32. As a result of the default under the Note, Second Guarantor is liable to Plaintiff for the following sums as of April 4, 2018:

| | |
|---|---|
| Principal | $894,019.67 |
| Interest | $55,042.94 |
| Late Charge | $5,259.22 |
| SBA Recoupment Fee | $8,940.20 |
| Expenses | $2,500.00 |
| Fee Balance | $62.80 |
| **Total** | **$965,824.83** |

33. Interest continues to accrue after April 4, 2018 at the rate of $159.21 per day

34. Second Guarantor also remains liable for additional late charges, interest, attorneys' fees and costs incurred in enforcing the Note and Second Guaranty.

**WHEREFORE**, Plaintiff, Bank of Hope, requests this Court to enter Judgment in its favor and against Central Market of Indiana Inc. in the amount of **$965,824.83** plus costs, reasonable attorneys' fees and interest from April 4, 2018 through the date of Judgment, and to grant such further or other relief as this Court may deem just or equitable.

## COUNT V: BREACH OF GUARANTY
(Chaudhry M. Iqbal)

35. Plaintiff re-alleges and re-states paragraphs 17 through 24 of this Complaint as paragraph 35 of Count V.

36. As security for and to induce Plaintiff to enter into the Note, Chaudhry M. Iqbal (the "Third Guarantor") executed an Unconditional Guarantee under which he guaranteed all sums due under the Note (the "Third Guaranty"). A true and correct copy of the Third Guaranty is attached hereto as "**Exhibit F**."

37. As a result of the default under the Note, Third Guarantor is liable to Plaintiff for the following sums as of April 4, 2018:

| | |
|---|---|
| Principal | $894,019.67 |
| Interest | $55,042.94 |
| Late Charge | $5,259.22 |
| SBA Recoupment Fee | $8,940.20 |
| Expenses | $2,500.00 |
| Fee Balance | $62.80 |
| **Total** | **$965,824.83** |

38. Interest continues to accrue after April 4, 2018 at the rate of $159.21 per day

39. Third Guarantor also remains liable for additional late charges, interest, attorneys' fees and costs incurred in enforcing the Note and Third Guaranty.

**WHEREFORE**, Plaintiff, Bank of Hope, requests this Court to enter Judgment in its favor and against Chaudhry M. Iqbal in the amount of **$965,824.83** plus costs, reasonable attorneys' fees and interest from April 4, 2018 through the date of Judgment, and to grant such further or other relief as this Court may deem just or equitable.

## COUNT VI: BREACH OF GUARANTY
(Bushra Naseer)

40. Plaintiff re-alleges and re-states paragraphs 17 through 24 of this Complaint as paragraph 40 of Count VI.

41. As security for and to induce Plaintiff to enter into the Note, Bushra Naseer (the "Fourth Guarantor") executed an Unconditional Guarantee under which she guaranteed all sums due under the Note (the "Fourth Guaranty"). A true and correct copy of the Fourth Guaranty is attached hereto as "**Exhibit G**."

42. As a result of the default under the Note, Fourth Guarantor is liable to Plaintiff for the following sums as of April 4, 2018:

|                     |              |
|---------------------|--------------|
| Principal           | $894,019.67  |
| Interest            | $55,042.94   |
| Late Charge         | $5,259.22    |
| SBA Recoupment Fee  | $8,940.20    |
| Expenses            | $2,500.00    |
| Fee Balance         | $62.80       |
| **Total**           | **$965,824.83** |

43. Interest continues to accrue after April 4, 2018 at the rate of $159.21 per day

44. Fourth Guarantor also remains liable for additional late charges, interest, attorneys' fees and costs incurred in enforcing the Note and Fourth Guaranty.

**WHEREFORE**, Plaintiff, Bank of Hope, requests this Court to enter Judgment in its favor and against Bushra Naseer in the amount of **$965,824.83** plus costs, reasonable attorneys' fees and interest from April 4, 2018 through the date of Judgment, and to grant such further or other relief as this Court may deem just or equitable.

Dated: April 11, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ASHEN|FAULKNER

　　　　　　　　　　　　　　　　　　　　　By:　　/S/Alexander Wright
　　　　　　　　　　　　　　　　　　　　　　　　**Alexander N. Wright**
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Bank of Hope

　　　　　　　　　　　　　　　　　　　　　217 N. Jefferson St., Suite 601
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　　　　　　　312.655.0800 / Atty. No.: 6314304
　　　　　　　　　　　　　　　　　　　　　awright@ashenlaw.com