E-FILED
Thursday, 18 April, 2019  03:55:52 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### Urbana Division

**BANK OF HOPE,**

       **Plaintiff,**

**v.**                                                          **Case No. 18-2106**

**ZH INVESTMENTS, INC., et al.,**

       **Defendants.**

### REPORT AND RECOMMENDATION

On April 12, 2018, Plaintiff filed its Complaint (#1) against Defendants. Federal Rule of Civil Procedure 4(m) states that a defendant must be served with summons within 90 days after the Complaint is filed. Accordingly, all Defendants should have been served with summons by July 11, 2018. *See* FED. R. CIV. P. 4(m). Plaintiff, however, has not shown proof of service for Defendant Bushra Naseer.

On October 25, 2018, United States District Judge Colin S. Bruce entered a Default Judgment of Foreclosure and Sale and Order Appointing Special Commissioner (#16). Judge Bruce's Order noted that "[d]ue to lack of service of process on Defendant Bushra Baseer, Plaintiff is not entitled to default relief against that party." (#16).

On March 27, 2019, 349 days after the Complaint was filed, the Court entered an Order to Show Cause (#23), directing Plaintiff to show cause as to why Defendant Bushra Naseer should not be dismissed for failure to serve summons. Plaintiff's response to the Order to Show Cause was due by April 15, 2019. *See* d/e #23. To date, Plaintiff has not filed a response.

Federal Rule of Civil Procedure 4(m) states that if a defendant is not served within 90 days after the complaint is filed, "the court—on motion or its own after notice to the plaintiff—must dismiss the action without prejudice or order that service be

made within a specified time." FED. R. CIV. P. 4(m). Additionally, Federal Rule of Civil Procedure 41(b) provides that a court may dismiss a plaintiff's case if said plaintiff fails to prosecute the case or comply with the Federal Rules or a court order. FED. R. CIV. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

The Court's March 27, 2019, Order to Show Cause (#23) stated that Plaintiff had 14 days from the entry of the Order to show why Defendant Naseer should not be dismissed for failure to serve summons, but Plaintiff has filed no response.

The Court is satisfied that Plaintiff has been notified of the Court's intention to dismiss Defendant Naseer under Rule 4(m) but has taken no steps to show proper service. Accordingly, the Court recommends Defendant Bushra Naseer be DISMISSED for failure to serve summons pursuant to Federal Rule of Civil Procedure 4(m) and for failure to comply with the Court's Order to Show Cause pursuant to Federal Rule of Civil Procedure 41(b). The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 18th day of April, 2019.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE

2