E-FILED
Tuesday, 18 June, 2019 10:57:22 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BANK OF HOPE, ) ) Plaintiff, ) ) v. ) ) ZH INVESTMENTS INC., ZH FOOD INC., ) CHAUDHRY M. IQBAL, BUSHRA NASEER, ) MDDS REAL ESTATE INC., and CENTRAL ) MARKET OF INDIANA INC., ) ) Defendants. ) | Case No. 18-CV-2106 |

## ORDER

A Report and Recommendation (#24) was filed by Magistrate Judge Eric I. Long in the above cause on April 18, 2019. On that same date, a copy of the report was delivered electronically to Plaintiff's attorney. Judge Long recommended that the case be dismissed as to Defendant Bushra Naseer pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve summons, for failure to prosecute the case, and for failure to timely respond to Order to Show Cause (#23). The parties were instructed to file any objections to the recommendation within fourteen days after being served with a copy of the report. They were also informed that a failure to object would constitute a waiver of objections on appeal. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). The time to object to Magistrate Judge Long's Report and Recommendation has passed, and neither party filed an objection with this court.

1

Therefore, following this court's de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Magistrate Judge Long's Report and Recommendation (#24). This court agrees that this case should be dismissed as to Defendant Bushra Naseer for failure to serve summons pursuant to Federal Rule of Civil Procedure 4(m), for failure to prosecute the case, and for failure to timely respond to Order to Show Cause (#23).

IT IS THEREFOR ORDERED THAT:

(1) The Report and Recommendation (#24) is accepted by this court.

(2) This case is dismissed as to Defendant Bushra Naseer, who is hereby terminated as a defendant herein.

ENTERED this 18th day of June, 2019

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE