E-FILED
Friday, 08 October, 2021 04:21:44 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Bank of Hope | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 18-2106** |
| | ) | |
| ZH Investments Inc, ZH Food Inc, | ) | |
| Chaudhry M Iqbal, Bushra Naseer, | ) | |
| MDDS Real Estate Inc, Central Market | ) | |
| of Indiana Inc | ) | |
| | ) | |
| **Defendants.** | ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the mortgage herein is foreclosed against Defendants ZH Investments Inc., ZH Food Inc., Chaudhry M. Iqbal, MDDS Real Estate Inc., and Central Market of Indiana Inc.

**IT IS FURTHER ORDERED AND ADJUDGED** that the real estate subject in this case shall be sold at public auction to the highest bidder for cash by the Special Commissioner appointed by the Court herein, at a time and place to be selected by said Special Commissioner. Out of the proceeds of the sale, distribution shall be made in the following order of priority:

a. To the Special Commissioner for its disbursements and commissions;

b. To Plaintiff or its attorneys for $5,471.16 in reasonable attorney's fees and costs incurred through July 11, 2018, plus any additional reasonable fees and costs incurred through the date of sale;

c. To Plaintiff or its attorneys for principal, interest, late charges, fees, assessments and expenses pursuant to the mortgage, note, and guarantees, in the amount of $1,000,539.78 as of October 25, 2018, plus $159.21 in per diem interest incurred between October 25, 2018, and the date of sale.

If after payment of the above items there shall be a remainder, the Special Commissioner shall hold it subject to further order of court; if there are insufficient funds to pay in full the

amounts found due, the Special Commissioner shall specify the amount of the deficiency.

**IT IS FURTHER ORDERED AND ADJUDGED** Plaintiff recovers against Defendants ZH Investments Inc. and ZH Food Inc., jointly and severally, in the amount of $1,002,667.53, said amount to be reduced by the net proceeds of the foreclosure sale.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff recovers against Defendants MDDS Real Estate Inc., Central Market of Indiana Inc., and Chaudhry M. Iqbal, jointly and severally, in the amount of $1,002,667.53, said amount to be reduced by the net proceeds of the foreclosure sale.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff recovers nothing against Defendant Bushra Naseer due to lack of service of process upon that party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Judicial Sales Corporation is appointed as Special Commissioner to execute this judgment and shall give public notice of the time, place, and terms of a public sale of the real property by publishing the same once in each week for three consecutive calendar weeks, the last such notice to be published not less than seven days prior to the sale.

**IT IS FURTHER ORDERED AND ADJUDGED** that the court retains authority over this cause during the pendency of the foreclosure and until disposition of all matters arising out of the foreclosure and sale.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff recovers against Defendants ZH Investments Inc., ZH Food Inc., MDDS Real Estate Inc., Central Market of Indiana Inc., and Chaudhry M. Iqbal, jointly and severally, in the amount of $943,621.03.

**Dated: 10/8/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court